3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED
2/15/2023
Timothy W Fitzgerald
Spokane County Clerk

### IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
### IN AND FOR THE COUNTY OF SPOKANE

| | |
|---|---|
| MICHAEL EUGENE JOSEPH POOLE, | Case No. 23-2-00644-32 |
| Plaintiff, | **SUMMONS** |
| vs | **(20 Days)** |
| ESTATE OF CRAIG FIGLEY and KATHERINE E. KIPP, Personal Representative of the Estate of Craig Figley, as liable for decedent Defenant CRAIG FIGLEY, COLVILLE SCHOOL DISTRICT NO. 115, RICHARD D. COLE, CHARLES V. SALINA, and MICHAEL CASHION, | |
| Defendants. | |

TO THE DEFENDANT(S): A lawsuit has been started against you in the above entitled court by MICHAEL POOLE, plaintiff. Plaintiff's claim is stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing this summons within 20 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where plaintiff is entitled to what she or he asks for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.



Buzzard O'Rourke, P.S.
a t t o r n e y s   a t   l a w

| Service Address | Mailing Address | Contact Information |
|---|---|---|
| 314 Harrison Avenue | PO Box 59 | Ph: (360) 736-1108 |
| Centralia | Centralia | Fax: (360) 330-2078 |
| Washington | Washington | buzzardlaw.com |
| 98531 | 98531 | |

You may demand that the plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the person signing this summons. Within 14 days after you serve the demand, the plaintiff must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This summons is issued pursuant to rule 4 of the Superior Court Civil Rules of the State of Washington.

Dated this 10th day of February, 2023, at Chehalis, Washington.

BUZZARD O'ROURKE, P.S.

SHANE M. OROURKE, WSBA No. 39927
Attorney for the Plaintiff
P.O. Box 59, Centralia, WA 98531
Tel: (360) 736-1108
Fax: (360) 330-2078



## Buzzard O'Rourke, P.S.
### attorneys at law

| Service Address | Mailing Address | Contact Information |
| --- | --- | --- |
| 314 Harrison Avenue | PO Box 59 | Ph: (360) 736-1108 |
| Centralia | Centralia | Fax: (360) 330-2078 |
| Washington | Washington | buzzardlaw.com |
| 98531 | 98531 | |

CASE NUMBER
2320064432
SN:3.0 PC:16

3
4
5
6

FILED
2/15/2023
Timothy W Fitzgerald
Spokane County Clerk

7
8

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR SPOKANE COUNTY**

9 | MICHAEL EUGENE JOSEPH POOLE,

10 | Plaintiff,

11 | vs.

12 | ESTATE OF CRAIG FIGLEY and
13 | KATHERINE E. KIPP, Personal Representative
of the Estate of Craig Figley, as liable for
14 | decedent Defenant CRAIG FIGLEY,
COLVILLE SCHOOL DISTRICT NO. 115,
15 | RICHARD D. COLE, CHARLES V. SALINA,
16 | and MICHAEL CASHION,

17 | Defendants.

Case No. 23-2-00644-32

**COMPLAINT**

18
19 | COMES NOW, Plaintiff, MICHAEL EUGENE JOSEPH POOLE, by and through his Attorney

20 | of record, SHANE M. O'ROURKE, of BUZZARD O'ROURKE, P.S., and alleges as follows:

21 | **I. PARTIES**

22 | 1.1. Plaintiff MICHAEL EUGENE JOSEPH POOLE was at all relevant times a resident of

23 
24 | Stevens County, Washington.

25 | 1.2. Defendant, CRAIG FIGLEY, ESTATE OF CRAIG FIGLEY, and KATHERINE E. KIPP,

26 | Personal Representative of the Estate of Craig Figley, hereinafter "Defendant FIGLEY", was at

27 | all relevant times the School Counselor and Group Therapy Director for Defendant COLVILLE

28

Buzzard O'Rourke, P.S.
attorneys at law
Service Address
314 Harrison Avenue
Centralia
Washington
98531

Mailing Address
PO Box 59
Centralia
Washington
98531

Contact Information
Ph: (360) 736-1108
Fax: (360) 330-2078
buzzardlaw.com

SCHOOL DISTRICT NO. 115. CRAIG FIGLEY died in 2022, at the Washington State Penitentiary in Walla Walla, Washington where he was serving a prison sentence for sexual abuse of other students. Prior to his incarceration, at the time of the causes of action alleged herein and all other times relevant to this case, Defendant FIGLEY was an agent or principal acting on behalf of Defendant COLVILLE SCHOOL DISTRICT NO. 115 and a resident of Stevens County, Washington.

1.3. Defendant COLVILLE SCHOOL DISTRICT NO. 115 is a school district organized and operated under the laws of the State of Washington and located in Stevens County, Washington.

1.4. Defendant RICHARD D. COLE, upon information and belief, was Superintendent of Defendant COLVILLE SCHOOL DISTRICT NO. 115 during the alleged causes of action of Defendant FIGLEY and was residing in Stevens County, Washington. Defendant RICHARD D. COLE was an agent or principal acting on behalf of Defendant COLVILLE SCHOOL DISTRICT.

1.5. Defendant CHARLES V. SALINA, upon information and belief, was the Principal over Hofstetter Elementary School from 1984 to 1994, Fort Colville School from 1994 to 1998, and of Colville High School from 1998 to 2005, in Colville School District No. 115. Defendant SALINA was a supervisor/administrator over Defendant FIGLEY from approximately 1994 through 1998 and was at all times relevant to this case residing in Stevens County, Washington. Defendant SALINA was an agent or principal acting on behalf of Defendant COLVILLE SCHOOL DISTRICT NO. 115 at all times relevant to this case.

1.6. Defendant MICHAEL CASHION, upon information and belief, was a supervisor of Defendant FIGLEY at the Colville School District from on or around 1990 and continuing through certain relevant time periods in this case to be determined during discovery, during which time Defendant FIGLEY'S alleged causes of action occurred. Defendant CASHION was at all times



Buzzard O'Rourke, P.S.
attorneys at law

Service Address
314 Harrison Avenue
Centralia
Washington
98531

Mailing Address
PO Box 59
Centralia
Washington
98531

Contact Information
Ph: (360) 736-1108
Fax: (360) 330-2078
buzzardlaw.com

relevant to this case residing in Stevens County, Washington and was an agent or principal acting on behalf of Defendant COLVILLE SCHOOL DISTRICT NO. 115.

## II. JURISDICTION AND VENUE

2.1. Pursuant to RCW 4.96.020, Plaintiff served a Notice of Claim with Defendant COLVILLE SCHOOL DISTRICT NO. 115 and the Superintendent of the Colville School District on October 4, 2022. Plaintiff mailed the claim to the Superintendent of the Colville School District on September 29, 2022. Furthermore, upon review of the Stevens County Auditor's records, it was discovered that Defendant COLVILLE SCHOOL DISTRICT NO. 115 failed to record with the Steven's County Auditor an agent for claims as required by RCW 4.96.020(2). Regardless, more than 60 days have elapsed since the Claim for Damages was served on the Colville School District. There are no deficiencies in the content of the claim for Damages or in the service of the Claim on Defendants. This Complaint was filed within the applicable statute of limitations. All administrative conditions precedent to filing this suit have been met. No relief has been offered.

2.2. All relevant acts or omissions complained of by Plaintiff against Defendants occurred in Stevens County, State of Washington.

2.3. Defendant COLVILLE SCHOOL DISTRICT NO. 115 is a governmental entity that is or may be liable to Plaintiff for damages. Pursuant to RCW 36.01.050 plaintiffs have the right, and do hereby exercise said right, to file this matter in one of the two (2) adjacent counties. Plaintiff selects the County of Spokane as the appropriate venue for this action.

## III. FACTS

3.1. Plaintiff realleges and incorporates by reference all prior paragraphs as if stated in their entirety.



Buzzard O'Rourke, P.S.
attorneys at law

Service Address
314 Harrison Avenue
Centralia
Washington
98531

Mailing Address
PO Box 59
Centralia
Washington
98531

Contact Information
Ph: (360) 736-1108
Fax: (360) 330-2078
buzzardlaw.com

3.2. Plaintiff attended Colville School District. Specifically, Plaintiff attended Fort Colville School and Colville Junior High School. Based on information and belief, Plaintiff attended Fort Colville Elementary School on or about and between August 1, 1990 to August 1, 1995, and Colville Junior High School on or about and between August 1, 1995 to August 1, 1998. Due to sexual abuse suffered by Plaintiff as a child and the accompanying trauma and symptoms of same as universally recognized in the professional community on this topic, Plaintiff is unable to remember exactly when the causes of action occurred outside of the dates listed above. Based on information and belief, such information is in the possession of Defendant Colville School District and will be revealed further in the discovery process. Plaintiff reserves the right, if necessary, to amend his Complaint to conform with additional or different dates revealed in discovery.

3.3. Defendant FIGLEY was hired by Defendant COLVILLE SCHOOL DISTRICT NO. 115 on or about 1985 as a School Counselor and Group Therapy Director.

3.4. Defendant COLVILLE SCHOOL DISTRICT NO. 115 assigned Defendant FIGLEY to Fort Colville Elementary School as a School Counselor and Group Therapy Director where he worked in that capacity while Plaintiff attended the school.

3.5. Plaintiff, while attending Fort Colville Elementary School was assigned to a therapy-like group for at-risk youth, hereinafter "the group." Defendant FIGLEY supervised and led the group of children. Upon information and belief, the causes of action alleged herein may also have occurred under similar circumstances while Plaintiff was attending Fort Colville School and Colville High School. The locations of abuse will be further revealed in discovery.

3.6. Upon information and belief, Plaintiff was in the group for at-risk youth because his parents were not married or residing together.

Buzzard O'Rourke, P.S.

a t t o r n e y s   a t   l a w

Service Address
314 Harrison Avenue
Centralia
Washington
98531

Mailing Address
PO Box 59
Centralia
Washington
98531

Contact Information
Ph: (360) 736-1108
Fax: (360) 330-2078
buzzardlaw.com

3.7. Prior to being involved with the group, Plaintiff was doing reasonably well in school, did not smoke, drink, or use drugs, and was a normal happy student.

3.8. While Plaintiff was enrolled in the group, Defendant FIGLEY informed Plaintiff that he needed to photograph him.

3.9. Defendant FIGLEY informed Plaintiff the photos were for the State and Child Protective Services and were being taken at the request of the Colville School District.

3.10. Defendant FIGLEY took photographs of Plaintiff while Plaintiff was in various states of undress. The photographs were taken at school, and subsequently, after Defendant FIGLEY groomed Plaintiff and lured him outside of school grounds, at other locations, including Defendant FIGLEY's residence.

3.11. Defendant FIGLEY, while working in his capacity as an employee of Defendant COLVILLE SCHOOL DISTRICT NO. 115, "groomed" Plaintiff by befriending him, convincing Plaintiff he had his best interests at heart, by acting under color of the authority of the School District, and convincing Plaintiff that he should engage in sexually inappropriate conduct under the guise that it was necessary to his participation the group, and required by governmental entities, agencies, and the School District.

3.12. Defendant FIGLEY abused his position of trust within the Colville School District to sexually abuse Plaintiff, and many other students over years of employment as evidenced through subsequent civil litigation and criminal convictions.

3.13. Defendant Figley sexually abused Plaintiff on numerous occasions.

3.14. Upon information and belief, Defendant FIGLEY, while working on school grounds, made arrangements to drive Plaintiff from school to FIGLEY's house, and/or to Plaintiff's house to facilitate inappropriate and illegal sexual activity with Plaintiff.



Buzzard O'Rourke, P.S.
attorneys at law

| Service Address | Mailing Address | Contact Information |
| --- | --- | --- |
| 314 Harrison Avenue | PO Box 59 | Ph: (360) 736-1108 |
| Centralia | Centralia | Fax: (360) 330-2078 |
| Washington | Washington | buzzardlaw.com |
| 98531 | 98531 | |

3.15. Upon information and belief, Defendant COLVILLE SCHOOL DISTRICT NO. 115 and its agents, knew or should have known Defendant FIGLEY was transporting the child from school grounds in his private vehicle.

3.16. Based on information and belief, Defendants CASHION, SALINA, and COLE supervised or had supervisory authority over Defendant FIGLEY during the times the causes of action herein occurred at the hands of Defendant FIGLEY.

3.17. Based on information and belief, none of the Defendants named herein investigated Defendant FIGLEY or disciplined him for his inappropriate acts with Plaintiff when they knew or should have known he was engaging in such conduct.

3.18. Defendant COLVILLE SCHOOL DISTRICT NO. 115 knew of the devastating lifelong emotional and developmental consequences to children that are associated with sexual abuse committed by adults in positions of trust within a school setting.

3.19. Defendant Colville School District had a legal responsibility and duty of care to ensure that its employees were not engaging in abuse of school children.

3.20. After, and as a result of being sexually abused by Defendant FIGLEY, Plaintiff began exhibiting erratic and unsafe behavior, including but not limited to, smoking, doing drugs, skipping school, and doing poorly in school. These are hallmark consequences that occur for children who have been sexually abused.

3.21. Since enduring the sexual abuse by Defendant FIGLEY, Plaintiff's interpersonal and intimate relationships have been harmed, he has struggled with drug addiction, securing employment, has suffered mental anguish and suffering, and has been in and out of jail for drug related offenses, which upon information and belief would have been declared unconstitutional in Washington State *(State v. Blake)*. Plaintiff has strained relationships with his children as well.



Buzzard O'Rourke, P.S.
attorneys at law

Service Address
314 Harrison Avenue
Centralia
Washington
98531

Mailing Address
PO Box 59
Centralia
Washington
98531

Contact Information
Ph: (360) 736-1108
Fax: (360) 330-2078
buzzardlaw.com

Plaintiff has suffered severe depression and mental health issues since the sexual abuse. Plaintiff's

injuries are severe, and his damages are significant.

### IV. **FIRST CAUSE OF ACTION – SEXUAL ABUSE and/or SEXUAL ASSAULT**
As to all Defendants (Washington Common Law)

4.1. Plaintiff realleges and incorporates by reference all prior paragraphs as if stated in their

entirety.

4.2. During the time in which Plaintiff was a student in the Colville School District, Defendant

FIGLEY sexually abused Plaintiff on multiple occasions.

4.3. Defendant FIGLEY as an employee and/or agent of Defendants, during the course of his

employment and/or agency repeatedly sexually abused Plaintiff.

4.4. As a direct and proximate result of the all Defendants' tortious actions, the Plaintiff has

suffered injuries and damages to be proven at trial.

### V. **SECOND CAUSE OF ACTION - CHILDHOOD SEXUAL ABUSE**
As to all of the Defendants (Washington Common Law)

5.1. Plaintiff re-alleges the paragraphs set forth above.

5.2. The acts of childhood sexual abuse and exploitation of the Plaintiff by Defendants'

employee and/or agent constituted the tort of childhood sexual abuse.

5.3. The Defendants' knowledge and/or negligent failure to take action to prevent the abuse

proximately caused the Plaintiff extreme emotional injuries.

5.4. As a direct and proximate result of Defendants' tortuous acts, the Plaintiff has suffered

injuries and damages to be proven at trial.



Buzzard O'Rourke, P.S.
a t t o r n e y s   a t   l a w

Service Address
314 Harrison Avenue
Centralia
Washington
98531

Mailing Address
PO Box 59
Centralia
Washington
98531

Contact Information
Ph: (360) 736-1108
Fax: (360) 330-2078
buzzardlaw.com

## VI. THIRD CAUSE OF ACTION – NEGLIGENCE
### As to all Defendants (Washington Common Law)

6.1. Plaintiff realleges and incorporates by reference all prior paragraphs as if stated in their entirety.

6.2. Defendant COLVILLE SCHOOL DISTRICT NO. 115 acted negligently and violated their duty of care to their students in hiring, employing, failing to supervise, failing to identify the inappropriate and criminal sexual actions of, and failing to discipline Defendant FIGLEY. As a School District stands in *loco parentis* to its students, the School District had a higher duty of care to provide for and protect its students from known dangers, or dangers that could have been readily known with the exercise of diligence.

6.3. Defendant COLVILLE SCHOOL DISTRICT NO. 115, and those acting under its purview, including but not limited to, Defendant COLE, Defendant SALINA, and Defendant CASHION, had a duty to anticipate the dangers of sexual predators and implement an appropriate supervision and investigation program.

6.4. Defendants had a duty to terminate Defendant FIGLEY from employment.

6.5. Defendant COLVILLE SCHOOL DISTRICT NO. 115 had a duty not to employ a sexual predator in a position of trust over vulnerable children.

6.6. Defendants and/or each of them had a special relationship with Plaintiff and also had a duty to protect him from reasonably foreseeable harm. Defendants negligently hired, supervised, and retained Defendant FIGLEY in his positions within the School District. Defendants knew or should have known of Figley's pedophiliac tendencies and criminal behavior, which included sexual abuse and exploitation of Plaintiff.



Buzzard O'Rourke, P.S.
a t t o r n e y s   a t   l a w

Service Address
314 Harrison Avenue
Centralia
Washington
98531

Mailing Address
PO Box 59
Centralia
Washington
98531

Contact Information
Ph: (360) 736-1108
Fax: (360) 330-2078
buzzardlaw.com

6.7. Defendants and each of them negligently failed to protect Plaintiff from Figley's sexual abuse and exploitation.

6.8. Defendants have breached their aforesaid duties of care by:

6.9. Choosing not to establish adequate protocols, procedures, and rules to ensure the safety of the students and vulnerable children receiving education and care in its facilities.

6.10. Failing to prevent Defendant FIGLEY from transporting vulnerable students off school grounds.

6.11. Failing to properly monitor and supervise its employee Defendant FIGLEY, who was authorized to provide care to vulnerable students.

6.12. Failing to adequately establish protocols, procedures and rules to ensure the safety of the students and vulnerable children receiving education and care in its facilities.

6.13. Failing to provide adequate training regarding sexual misconduct reporting, sexual abuse reporting, or sexual harassment reporting training.

6.14. Failing to ensure adequate safety for students.

6.15. Failing to properly investigate employees.

6.16. Failing to properly train agents and employees.

6.17. Failing to properly supervise and control employees.

6.18. Choosing to place Defendant FIGLEY in a position of trust and authority over children susceptible to abuse.

6.19. Defendant COLVILLE SCHOOL DISTRICT NO. 115, Defendant COLE, Defendant SALINA, and Defendant CASHION failed to prevent sexual abuse of Plaintiff by FIGLEY.

6.20. As a direct and proximate result of Defendants' negligence, Plaintiff suffered physical and mental injuries, in an amount to be proven at trial.

Buzzard O'Rourke, P.S.
attorneys at law

Service Address
314 Harrison Avenue
Centralia
Washington
98531

Mailing Address
PO Box 59
Centralia
Washington
98531

Contact Information
Ph: (360) 736-1108
Fax: (360) 330-2078
buzzardlaw.com

6.21. As a direct and proximate result of Defendant' negligence, Plaintiff suffered physical and mental injuries, in an amount to be proven at trial.

### VII.  FOURTH CAUSE OF ACTION – TITLE IX VIOLATION
As to all Defendants

7.1. Plaintiff realleges and incorporates by reference all prior paragraphs as if stated in their entirety.

7.2. The actions and omissions of Defendants constitute a violation of Plaintiff's right to be free from sexual discrimination pursuant to Title IX of the Education Amendments of 1972, 20 U.S.C. §1681 et seq.

### VIII.  FIFTH CAUSE OF ACTION – SEX DISCRIMINATION
As To all Defendants (Ch. 49.60 RCW – Washington Law Against Discrimination)

8.1. Plaintiff realleges and incorporates by reference all prior paragraphs as if stated in their entirety.

8.2. Colville School District schools are places of public accommodation to which Chapter 49.60 RCW – Washington Law Against Discrimination ("WLAD") – applies.

8.3. Sexual assault is a form of sex discrimination.

8.4. Defendant FIGLEY while employed by Defendant COLVILLE SCHOOL DISTRICT NO. 115 sexually assaulted Plaintiff during his employment.

8.5. Defendant COLVILLE SCHOOL DISTRICT NO. 115 is liable for permitting the sexual abuse to take place.

8.6. As a direct and proximate cause of Defendant COLVILLE SCHOOL DISTRICT NO. 115's negligence, Plaintiff suffered physical and mental injuries, in an amount to be proven at trial.

8.7. In addition to damages for Plaintiff's mental and physical injuries, Plaintiff is entitled to an award of the costs of suit including reasonable attorneys' fees. RCW 49.60.030.



Buzzard O'Rourke, P.S.
a t t o r n e y s   a t   l a w

| Service Address | Mailing Address | Contact Information |
| --- | --- | --- |
| 314 Harrison Avenue | PO Box 59 | Ph: (360) 736-1108 |
| Centralia | Centralia | Fax: (360) 330-2078 |
| Washington | Washington | buzzardlaw.com |
| 98531 | 98531 | |

## IX.   SIXTH CAUSE OF ACTION – OUTRAGE
As To All Defendants (Washington Common Law)

9.1. Plaintiff realleges and incorporates by reference all prior paragraphs as if stated in their entirety.

9.2. Based on the paragraphs set forth and alleged above, Defendants' conduct negligently, recklessly, and/or willfully or intentionally inflicted emotional distress upon Plaintiff.

## X.  SEVENTH CAUSE OF ACTION – NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
As To All Defendants (Washington Common Law)

10.1. Based on the paragraphs set forth and alleged above, the Defendants' conduct constituted negligent infliction of emotional distress, and Defendants are liable for Plaintiff's damages proximately caused by their actions as provided in more detail above.

## XI. EIGHTH CAUSE OF ACTION – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
As to all Defendants (Washington Common Law)

11.1. Based on the paragraphs set forth and alleged above, the Defendants' conduct constituted intentional infliction of emotional distress and Defendants are liable for Plaintiff's damages proximately caused by their actions as provided in more detail above.

## XII.   NINTH CAUSE OF ACTION – AGENCY
As to all Defendants

12.1. Based on the paragraphs set forth and alleged above, Defendants at all relevant times had control over the employees and staff employed by Colville School District, and otherwise allowed Defendants to act as an actual or apparent agent, giving rise to vicarious liability under Washington State common law, all of which proximately caused the sexual abuse of Plaintiff and resultant damages for which Defendants are liable.

Buzzard O'Rourke, P.S.
a t t o r n e y s   a t   l a w

Service Address
314 Harrison Avenue
Centralia
Washington
98531

Mailing Address
PO Box 59
Centralia
Washington
98531

Contact Information
Ph: (360) 736-1108
Fax: (360) 330-2078
buzzardlaw.com

# XIII.  INJURIES AND DAMAGES

13.1. As a direct and proximate result of the Defendants' actions or omissions, Plaintiff suffered injuries and damages.

13.2. As a result of the Defendants' actions or omissions, Plaintiff incurred and may continue to incur medical and other related expenses associated with treatment of his injuries in an amount to be proven at trial.

13.3. As a result of the Defendants' actions or omissions, Plaintiff has suffered and may continue to suffer pain, anguish, anxiety, stress, inconvenience, and disability, which may be of temporary or permanent nature, in an amount to be proven at trial.

13.4. As a further result of the Defendants' actions or omissions, Plaintiff has suffered lost wages and earnings, past, present, and future in an amount to be proven at trial.

13.5. As a result of the Defendants' actions or omissions, Plaintiff may have incurred additional special damages to be established at the time of trial.

# XIV.  RESERVATION OF RIGHTS

14.1. Plaintiff reserves the right to assert additional claims as may be appropriate following further investigation and discovery.

# XV.  JURY DEMAND

15.1. Plaintiff demands this case to be tried by a jury.

# XVI.  PRAYER FOR RELIEF

Plaintiff respectfully requests the following relief:

16.1. That the Court award Plaintiff appropriate relief, to include all special and general damages established at trial, including but not limited to:

Past and future mental and physical pain and suffering.

Buzzard O'Rourke, P.S.
a t t o r n e y s   a t   l a w

Service Address
314 Harrison Avenue
Centralia
Washington
98531

Mailing Address
PO Box 59
Centralia
Washington
98531

Contact Information
Ph: (360) 736-1108
Fax: (360) 330-2078
buzzardlaw.com

Past and future physical and emotional impairment and interference with normal life.

Past and future medical expenses.

Past and future wage loss and impairment of earning capacity.

Any additional special damages proven at trial.

16.2. That the Court award pre-judgment interest on items of special damages.

16.3. That the Court award post-judgment interest.

16.4. For such attorney's fees, prejudgment interest, costs, and exemplary damages as maybe provided by law.

16.5. That the Court award Plaintiff such other, favorable relief as may be available and appropriate under law or at equity.

16.6. That the Court enter such other and further relief as the Court may deem just and proper.

Dated this _____ 9th _____ day of February, 2023

BUZZARD O'ROURKE, P.S.

SHANE M. OROURKE, WSBA No. 39927
Attorney for Plaintiff
P.O. Box 59
Centralia, WA 98531
Tel:    (360)735-1108
Fax:    (360) 330-2078
Email:   shane@buzzardlaw.com



Buzzard O'Rourke, P.S.
a t t o r n e y s   a t   l a w
Service Address        Mailing Address      Contact Information
314 Harrison Avenue    PO Box 59            Ph: (360) 736-1108
Centralia              Centralia            Fax: (360) 330-2078
Washington             Washington
98531                  98531                buzzardlaw.com

## **CERTIFICATION**

I, MICHAEL EUGENE JOSEPH POOLE, certify (and declare) under penalty of perjury under the laws of the state of Washington that I am the Plaintiff herein, have read the foregoing Complaint, and know the contents thereof and believe the same to be true.

SIGNED THIS __13__ day of February, 2023, at __22:19_____, WA.



Michael Poole (Feb 13, 2023 22:21 PST)
MICHAEL EUGENE JOSEPH POOLE

Complaint
Page | 14

Buzzard O'Rourke, P.S.
a t t o r n e y s  a t  l a w

Service Address
314 Harrison Avenue
Centralia
Washington
98531

Mailing Address
PO Box 59
Centralia
Washington
98531

Contact Information
Ph: (360) 736-1108
Fax: (360) 330-2078
buzzardlaw.com

# 220923 FINAL Complaint with corrected name.2

Final Audit Report

2023-02-14

| | |
|---|---|
| Created: | 2023-02-13 |
| By: | Reception Buzzard O'Rourke (reception@buzzardlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA_XiPrVt51f5e4EsFFiCwNTVVXZj1xvVW |

## "220923 FINAL Complaint with corrected name.2" History

Document created by Reception Buzzard O'Rourke (reception@buzzardlaw.com)
2023-02-13 - 10:17:14 PM GMT- IP address: 73.11.145.105

Document emailed to raeann1989@gmail.com for signature
2023-02-13 - 10:18:00 PM GMT

Email viewed by raeann1989@gmail.com
2023-02-14 - 6:17:11 AM GMT- IP address: 72.160.109.93

Signer raeann1989@gmail.com entered name at signing as Michael poole
2023-02-14 - 6:21:18 AM GMT- IP address: 172.58.43.233

Document e-signed by Michael poole (raeann1989@gmail.com)
Signature Date: 2023-02-14 - 6:21:20 AM GMT - Time Source: server- IP address: 172.58.43.233

Agreement completed.
2023-02-14 - 6:21:20 AM GMT

Adobe Acrobat Sign

## ELECTRONIC AFFIDAVIT

LISA D. MILLER, being first duly sworn upon oath under penalty of perjury under the laws of the State of Washington, deposes and states that:

1.    I am a paralegal employed by Buzzard O'Rourke, P.S. Shane M. O'Rourke is the attorney of record for Michael Eugene Joseph Poole, the Plaintiff herein.

2.    The document entitled "Complaint" consists of sixteen (16) pages, including this page. I have examined the document and certify that it is complete and legible.

3.    I am the individual who received the signature page in ".pdf" format from Michael Eugene Joseph Poole by electronic transmission to my e-mail address of lisa@buzzardlaw.com.

DATED this 14th day of February, 2023.

BUZZARD O'ROURKE, P.S.

_____
LISA D. MILLER, *Paralegal*

STATE OF WASHINGTON )
                  ) ss.
COUNTY OF LEWIS    )

Sworn to before me by the above-named affiant and GIVEN UNDER MY HAND AND OFFICIAL SEAL this 14th day of February, 2023.



_____
NOTARY PUBLIC in and for the State of WA, Residing at: Centralia
My Commission Expires: 12/23/2024
Printed Name: Amanda Berg

Buzzard O'Rourke
a t t o r n e y s  a t  l a w