FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 01, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL EUGENE JOSEPH POOLE, | NO:  2:23-CV-0079-TOR |
| Plaintiff, | ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| ESTATE OF CRAIG FIGLEY and KATHERINE E. KIPP, Personal Representative of the Estate of Craig Figley, as liable for decedent Defendant CRAIG FIGLEY, COLVILLE SCHOOL DISTRICT NO. 115, RICHARD D. COLE, CHARLES V. SALINA, and MICHAEL CASHION, | |
| Defendants. | |

BEFORE THE COURT is the parties' Stipulated Motion for Order of Dismissal with Prejudice and Without Costs.  ECF No. 18.  The parties agree that all of Plaintiff's claims against Defendants should be dismissed with prejudice and without costs to either party.  The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1    According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing

2  a stipulation signed by all parties who have appeared.

3  **ACCORDINGLY, IT IS HEREBY ORDERED:**

4    1. The parties' Stipulated Motion for Order of Dismissal with Prejudice and

5       Without Costs, ECF No. 18, is **GRANTED**.

6    2.  Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims and

7       causes of action against Defendants are hereby **DISMISSED** with prejudice

8       and without costs to either party.

9    3. All deadlines, hearings, and trial are **VACATED**.

10    The District Court Executive is directed to enter this Order and Judgment of

11  Dismissal, furnish copies to counsel, and **CLOSE** the file.

12    DATED February 1, 2024.

13  

14                    THOMAS O. RICE
                    United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2