AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 01, 2024**

SEAN F. McAVOY, CLERK

MICHAEL EUGENE JOSEPH POOLE,

*Plaintiff*

v.

ESTATE OF CRAIG FIGLEY and KATHERINE E. KIPP, Personal Representative of the Estate of Craig Figley, as liable for decedent Defendant CRAIG FIGLEY, COLVILLE SCHOOL DISTRICT NO. 115, RICHARD D. COLE, CHARLES V. SALINA, and MICHAEL CASHION,

*Defendant*

Civil Action No. 2:23-CV-0079-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulated Motion for Order of Dismissal with Prejudice and Without Costs, ECF No. 18, is GRANTED. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims and causes of action against Defendants are hereby DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on parties' stipulated motion to dismiss.

Date: February 7, 2023

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore